**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

────────────────

**No. 01-1220**

────────────────

ARTHUR O. ARMSTRONG,

Petitioner - Appellant,

versus

KOURY CORPORATION,

Respondent - Appellee.

────────────────

**No. 01-1225**

────────────────

ARTHUR O. ARMSTRONG,

Plaintiff - Appellant,

versus

KOURY CORPORATION, et al,

Defendants - Appellees.

────────────────

Appeals from the United States District Court for the Middle District of North Carolina, at Durham. Frank W. Bullock, Jr., and William L. Osteen, District Judges. (MISC-00-96-1, MISC-01-18-1)

────────────────

Submitted: May 3, 2001          Decided: May 17, 2001

────────────────

Before MOTZ, TRAXLER, and KING, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

Arthur O. Armstrong, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

In these consolidated appeals, Arthur O. Armstrong appeals district court orders dismissing his motions for leave to file lawsuits. We have reviewed the record and the district court orders and find no error. Accordingly, we deny Armstrong's motions for leave to proceed in forma pauperis and dismiss the appeals as frivolous. We further deny Armstrong's motions for summary judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED